UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-00007-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL WAYNE LOCKLEAR | **ORDER** |

This matter is before the Court on the defendant's unopposed Motion to Reopen and Extend the Pretrial Motions Deadline and to Continue the Arraignment and Trial. Upon good cause shown and pursuant to Rule 12(c)(2) of the Federal Rules of Criminal Procedure, it is hereby **ORDERED** that an extension of time to file any and all pretrial motions is **GRANTED**. The defendant shall be allowed through and including June 30, 2017 to file said motions.

Responses to motions shall be due by July 14, 2017.

For good cause shown, it is hereby **ORDERED** that the arraignment in this matter be continued until September 2017.

This Court has determined that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The delay occasioned by this continuance shall be excluded in computing the defendant's speedy trial time. *See* 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

This 20 day of June, 2017.

JAMES C. DEVER III
Chief United States District Judge