IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-7-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANIEL WAYNE LOCKLEAR, | ) | |
| | ) | |
| Defendant. | ) | |

On August 18, 2017, the court held a hearing concerning defendant's motion to suppress [D.E. 24]. At the end of the hearing, the court announced its findings of fact and conclusions of law. As explained in open court and incorporated by reference, the motion to suppress [D.E. 24] is DENIED.

SO ORDERED. This 18 day of August 2017.

JAMES C. DEVER III
Chief United States District Judge