UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-00007-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL WAYNE LOCKLEAR | **ORDER** |

Upon motion of the Defendant in this case, it is hereby **ORDERED** that Docket Entry Number 41 in the above-captioned case is to be SEALED by the Clerk.

The Court finds that the sealing of such entry is necessary to protect important privacy interests and, as such, that the request to seal overcomes both the common law and First Amendment presumption to access such document. Furthermore, the Court finds that no adequate alternative to sealing such entry exists to protect those privacy interests.

SO ORDERED.

This the __29__ day of November, 2017.

_____
JAMES C. DEVER III
Chief United States District Judge